# In The United States Court of Federal Claims

Cover Sheet 06-446 C

Plaintiff(s) or Petitioner(s)
Leroy D. Pope

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Jeffrey D. Moffatt

Firm Name: Law Offices of Jeffrey D. Moffatt

Post Office Box:

Street Address: 43625 N. Sierra Hwy, Suite A

City-State-Zip: Lancaster, CA 93534

Telephone & Facsimile Numbers: (661) 945-6121

Is the attorney of record admitted to the Court of Federal Claims Bar? ■ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 3 4 6

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A R D

See attached sheet for three-digit codes.

Amount Claimed: $400,000.00

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes ■ No

If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ■ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.