IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY D. POPE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-446C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 53-day enlargement of time, to and including September 29, 2006, within which to file its response to the complaint. Our response is currently due on August 7, 2006. This is defendant's first request for an enlargement of time for this purpose. Defendant emailed plaintiff's counsel to ascertain if he concurs with our request for an enlargement of time, but has been unable to ascertain plaintiff's response.[1] The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of the Army, as required by 28 U.S.C. § 520.

The additional time is requested to allow agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion for an enlargement of time.

---

[1] Counsel for defendant has been out of the office on leave from July 31, 2006 to August 4, 2006. Counsel for defendant did not receive a response from plaintiff's counsel prior to July 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

August 4, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2006 a copy of the foregoing "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Nancy Kim