IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY D. POPE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-446C |
| | ) | (Judge Williams) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 31-day enlargement of time, to and including October 30, 2006, within which to file its response to the complaint. Our response is currently due on September 29, 2006. This is defendant's second request for an enlargement of time for this purpose. Defendant spoke with plaintiff's counsel, Mr. Jeffrey D. Moffatt, to ascertain if he concurs with our request for an enlargement of time. He responded that he does not object to our request. The enlargement is requested because the undersigned counsel of record for defendant has not yet received a litigation report from the interested agency, the Department of the Army ("Army"), as required by 28 U.S.C. § 520. The agency counsel that initially worked on the case is no longer with the Army. The new attorney within the agency assigned to the case requires additional time to review plaintiff's numerous claims and prepare a thorough report.

The additional time is requested to allow agency counsel to complete the litigation report and for counsel to review the litigation report and prepare the Government's response to the complaint.

For the foregoing reasons, defendant respectfully requests that the Court grant this motion

for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Assistant Director

/s/ Elizabeth Thomas
ELIZABETH THOMAS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 353-4175
fax: (202) 307-0972

September 29, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2006 a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that the notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth Thomas