# In the United States Court of Federal Claims

**No. 06-446C**
**(Filed: October 2, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **LEROY D. POPE,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On September 29, 2006, Defendant filed an unopposed motion for an enlargement of time of 31 days, up to and including **October 30, 2006**, within which to respond to plaintiff's complaint. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**