INDEX TO THE APPENDIX

Document Page

National Guard Regulation (AR) 600-5, Personnel-General, (February 20, 1990) .......... 1

Leroy Pope v. California Army National Guard, Complaint (May 7, 2001) .................. 29

Leroy Pope v. State of California, California Army National Guard, Civ-01-04163 RSWL (Ex), Summons, First Amended Complaint (July 24, 2001) .............................. 46

Letter to Leroy Pope, from Patricia Nevonen (Deputy Attorney General, State of California), with attachments, transmitting Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities (August 13, 2001) .......................................... 65

Leroy Pope v. State of California, California Army National Guard, Civ-01-04163 RSWL (Ex), Dismissal Order (September 10, 2001) ...................................................... 89

Department of Defense Instruction Number 1332.38, Physical Disability Evaluation (November 14, 1996) ........................................................................................ 92

DD Form 2860, Application for Combat-Related Special Compensation (CRSC) Form (May 2003) ........................................................................................ 96

Orders 58-1088, Discharge Order from California Army National Guard for Leroy Pope (February 27, 2001) ........................................................................ 101

DD Form 214, Certificate of Release or Discharge from Active Duty for Leroy Pope (September 12, 2000) ........................................................................ 102

Army Regulation 15-180, Army Discharge Review Board (March 20, 1998) ............. 103

HEADQUARTERS
Department of the Army
Washington, DC 20310-2500
20 February 1990

*NATIONAL GUARD REGULATION (AR) 600-5

Personnel--General

# THE ACTIVE GUARD/RESERVE (AGR) PROGRAM
# TITLE 32, FULL-TIME NATIONAL GUARD DUTY (FTNGD)

**Summary.** This regulation on the Army National Guard Active Guard/Reserve (AGR) Program has been revised. This regulation prescribes policies procedures for management of Army National Guard (ARNG) soldiers in the AGR Program who serve on Full-Time National Guard Duty (FTNGD) under provisions of section 502(f), title 32, United States Code. This revision deletes manpower issues, modifies Selection Board procedures, requires career management planning, clarifies command leadership assignment policy, and modifies Certificate of Understanding and Consent.

**Applicability.** This regulation applies to ARNG soldiers serving on Full-Time National Guard Duty under provisions of section 502(f), title 32, United States Code in the Active Guard/Reserve (AGR) Program.

**Impact on New Manning System.** This regulation does not contain information that affects the New Manning System.

**Internal Control Systems.** This regulation is subject to the requirements of AR 11-2. It contains internal control provisions, but does not contain checklists for conducting internal control reviews. These checklists are being developed and will be published at a later date.

**Supplementation.** Supplementation of this regulation is prohibited without prior approval from Chief, NGB (NGB-ARM), Washington, DC 20301-2500.

**Interim Changes.** Interim changes to this regulation are not official unless they are authenticated by the Executive, NGB. Users will destroy interim changes on their expiration dates unless sooner superseded or rescinded.

**Suggested Improvements.** The proponent agency of this regulation is the Army Manpower Division, National Guard Bureau. Users are invited to send comments and suggested improvements on DA Form 2028 (Recommended Changes to Publication and Blank Forms) directly to Chief, Army Manpower Division (NGB-ARM), Washington D.C. 20310-2500.

**Contents** (Listed by paragraph number)

**Chapter 1**
**Introduction**
Purpose .................... 1-1
References .................. 1-2
Explanation of abbreviations and terms .................. 1-3
Responsibilities ............ 1-4

**Chapter 2**
**Entry Into the AGR Program**
Initial eligibility requirements ............... 2-1
Additional initial eligibility requirements ............... 2-2
Waiver provisions ........... 2-3

*This regulation supersedes NGR 600-5, 15 May 1986.

Submission of applications .. 2-4
Selection boards ............ 2-5
Accession process ........... 2-6
Sponsorship, orientation .... 2-7

**Chapter 3**
**Career Management and Utilization**
Career management ........... 3-1
Utilization ................. 3-2
State missions .............. 3-3
Assignment .................. 3-4
Supervision and evaluation... 3-5
Leave, passes ............... 3-6

**Chapter 4**
**Professional Development**
General .................... 4-1
Professional Development Program (PDP) .............. 4-2
Command leadership assignments ................ 4-3
Officer Candidate School .... 4-4
Physical Fitness Program .... 4-5

**Chapter 5**
**AGB Continuation Boards**
General .................... 5-1
Responsibilities ............ 5-2
AGR Continuation Boards ..... 5-3
Retention beyond mandatory release date from Active Federal Service ........... 5-4

**Chapter 6**
**Separation**
General .................... 6-1
Medical separation .......... 6-2
Voluntary separation ........ 6-3
Mandatory separation ........ 6-4
Separation for cause and procedures ................. 6-5
Elimination or downgrade of SPMD position .............. 6-6
Retirement processing ....... 6-7

**Appendixes**
**A.** References
**B.** Certificate of Agreement/ Understanding

**Glossary**

## Chapter 1
## Introduction

**1-1. Purpose**

a. This regulation sets policy and procedures for management of the Active Guard/Reserve (AGR) Program in the Army National Guard. It provides National Guard Bureau policy and procedures for selection, utilization, career management, professional development, separation, and administration of Army National Guard (ARNG) soldiers serving on Full-Time National Guard Duty (FTNGD) under provisions of section 502(f), title 32 United States Code, for the purpose of organizing, administering, recruiting, instructing, or training the ARNG.

b. Local supplementation of this regulation is not authorized unless approved by Chief, National Guard Bureau. State memorandums, pamphlets, SOP's, guides, regulations, etc., may not alter the policies in this regulation. State supplementation documents will be submitted and approved by NGB-ARM-P prior to state publication and implementation.

**1-2. References**

Required and related publications are listed in appendix A.

**1-3. Explanation of abbreviations and terms**

Abbreviations and special terms used in this regulation are explained in the glossary.

**1-4. Responsibilities**

a. The Director, Army National Guard will--

(1) Advise the Chief, National Guard Bureau on ARNG AGR personnel matters.

(2) Plan, program, and budget to support ARNG AGR requirements.

(3) Under overall Army policy, develop and implement policies

and procedures for efficient management and effective use of ARNG AGR soldiers.

*(4)* Evaluate State AGR personnel management policies and procedures.

*(5)* Report ARNG AGR personnel strength.

*b.* State Adjutants General will--

*(1)* Advise DARNG on ARNG AGR personnel matters.

*(2)* Plan, program, and budget to support ARNG AGR requirements.

*(3)* Under overall Army and National Guard Bureau policy, develop and implement policies and procedures for efficient management and effective use of ARNG AGR soldiers within the guidelines in this regulation.

*(4)* Report ARNG AGR personnel strength.

*c.* Support Personnel Management Officer (SPMO) will--

*(1)* Exercise primary staff responsibility for all AGR personnel management.

*(2)* Coordinate AGR soldier personnel actions with Military Personnel Officer.

*(3)* Manage the personnel functions of the full-time recruiting/retention force using this regulation.

*(4)* Identify and determine which vacant, authorized AGR positions will be filled by qualified, on-board soldiers, with emphasis on funtional areas, and which positions will be advertised for fill.

*(5)* Develop, publish, and implement the following personel management programs using this regulation:

*(a)* Career development and management.

*(b)* Nomination and Selection procedures.

*(c)* AGR Continuation Board.

*(d)* Medical Assistance.

*(e)* Professional Development Program (PDP).

*(f)* Separation.

*(g)* Sponsorship.

*(h)* Orientation.

*(i)* Utilization.

*(j)* Unit assistance visits.

d. Unit Commanders and Supervisors will--

*(1)* Ensure AGR soldiers are properly assigned and used in FTS staffing guide positions.

*(2)* Designate, in writing, the FTS supervisor when the Readiness NCO is not the senior enlisted FTS soldier in the unit. (This will be done personally by unit commanders.)

*(3)* Take an active role in the professional development, career management, retention, and separation of assigned AGR soldiers.

*(4)* Conduct a Professional Development Program (PDP) for AGR soldiers in conjunction with the SPMO. This will include, as a minimum the professional development requirements the soldier must complete and the time frame for completion.

*(5)* Advise qualified AGR soldiers of command and leadership assignments for which they may be eligible as part of their professional career management plan.

*(6)* Take an active role in unit sponsorship and orientation program in conjunction with the SPMO.

## Chapter 2
## Entry Into the AGR Program

### *Section I*
### *Eligibility requirements*

**2-1. Initial eligibility requirements**

To qualify for initial entry into the AGR program applicants must meet requirements in AR 135-18 paragraphs 2-1, 2-2, and 2-3.

**2-2. Additional initial eligibility requirements**
Applicants must meet the following additional requirements:

a. AR 40-501, medical examinations (chap 2, 4, or 5, as applicable) will be accomplished at an active military medical facility or Military Examination and Processing Station (MEPS) within the 24 months before initial entry. AR 40-501, chapter 4, selection flight physicals administered by a certified flight surgeon and approved by USAAMC Ft. Rucker AL, will be used if administered within the 18 months before initial entry.

b. Human Immuno Deficiency Virus (HIV) testing for all soldiers will be accomplished within 6 months prior to initial entry.

*c.* Pregnancy testing for female soldiers will be accomplished 30 days prior to initial entry.

d. AGR soldiers previously separated from FTNGD must meet all initial entry requirements to qualify for reentry. Soldiers transferring between States and those entering FTNGD from Active Army Status without a break in service must have a current physical examination and execute DA Form 3081-R (Periodic Medical Examination) to be submitted with the soldier's AGR application.

*e.* Aviators entering FTNGD from Active Military Service without a break in service must complete an AR 40-501, chapter 4 retention flight physical within 18 months preceding initial entry.

*f.* All AGR soldiers will sign the Certificate of Agreement and Understanding (app B) prior to being ordered to FTNGD in the AGR program.

*g.* Warrant officers will possess the MOS required for the position to which assigned IAW NGR 600-101.

*h.* Enlisted soldiers must meet reenlistment or extension standards in NGR 600-200, chapter 7.

*i.* Soldiers must have at least 3 years remaining on current enlistment on first day of initial AGR tour. Applicants must reenlist or extend in order to meet this requirement.

*j.* Soldiers must have completed initial entry training (IET) before submitting application for AGR vacancies.

**2-3. Waiver provisions**
a. Certain provisions of AR 135-18 paragraphs 2-1 through 2-4 may be considered for waiver IAW AR 135-18 paragraph 2-5. Requests for waivers will be submitted to Chief, NGB-ARM, Washington DC, 20310-2500.

b. Waiver of physical exam requirements in paragraph 2-2a will be considered by NGB-ARS on a case-by-case basis only in unique circumstances.

***Section II***
***Procedures***

**2-4. Submission of applications**
In addition to the provisions of AR 135-18 paragraph 2-6 the following requirements apply:

a. As a minimum, the following forms and documents will be required from all applicants:
*(1)* NGB Form 34-1.
*(2)* Most recent SF 88 and SF 93.
*(3)* Full length photograph in Class A uniform taken within the last 12 months. See AR 640-30.

(4) Latest five OERs or NCO-ERs and EERs if available. A letter of recommendation or performance evaluation will be submitted on soldiers not requiring an NCO-ER.

(5) Certified copy of DA Form 2-1 or DA Form 2 as appropriate

(6) Statement of all active service performed. Any of the following documents may be used:

(a) NGB Form 23.

(b) NGB Form 23b (RPAS Statement).

(c) DD Form 214.

(d) DD Form 1506 (Statement of Service).

b. Records of applicants will be screened by the AGR Management Section prior to submission to the selection board.

c. Applicants who do not meet eligibility requirements and whose names are not submitted to the selection board will be notified with a letter of explanation NLT 30 days after final selection.

**2-5.** Selection **boards**

The purpose of convening a selection board is to create a non-partisan panel to fairly and thoroughly examine applicant's credentials irrespective of race, color, religion, gender, or national origin. The selection board is required to determine the 'best qualified" applicant for an AGR authorized vacancy when AGR soldiers are not available within the AGR force. In addition to the provisions of AR 135-18 paragraph 2-7 the following requirements **apply:**

a. The Adjutant General or a member of his primary staff (as defined in this regulation) will direct the appointing of the selection board at the 06 (Colonel) or higher command level, commensurate with the positions being boarded, provide administrative guidance to the board president, and approve or disapprove the proceedings of the board.

b. Boards will be composed as follows:

(1) Not less than three appointed members who are senior in grade or date of rank to all applicants being considered.

(2) The division, brigade, battalion or equivalent supervisor, administrative officer or designated representative will be appointed as a member of the selection board when the position being boarded is at division level or lower.

(3) AGR board members will be from the Army National Guard as a whole i.e., a mix of FTS and IDT soldiers.

(4) The board president will be the senior soldier on the board.

(5) Boards that consider enlisted, female, and minority applicants will have such representation. This may be waived by The Adjutant General if a senior enlisted, female, or minority member is not reasonably available.

(6) Boards considering applicants for JAGC, chaplain, and AMEDD positions should have at least one board member from the appropriate branch as a board member. This may be waived by The Adjutant General if a senior member of that branch is not reasonably available.

(7) Boards considering applicants for FTRF and FTARF positions will contain at least one soldier from the recruiting and retention force as a board member.

(8) Board members should be rotated on a continual basis. Static boards with a fixed membership will not be established.

c. The Adjutant General will prescribe the term of service for board members.

d. Personal appearance by applicants before the board is authorized and encouraged but not required.

e. Other than personal appearances by applicants for the purpose of interviewing, the selection board will conduct all proceedings in closed session.

f. Applicants being considered are assumed to meet the minimum eligibility criteria on the basis of initial AGR Management Section screening.

g. The selection board will select the best qualified soldier to fill each vacant authorized AGR position.

h. The selection board will provide the Adjutant General with an order of merit listing (OML) ranking those soldiers found best qualified from the highest to the lowest. This OML will be used to select an applicant if the best qualified soldier becomes disqualified. If used, the OML is limited to five soldiers.

i. The SPMO will--

(1) Publish a Memorandum of Instruction (MOI) to be used by the board members. The MOI will include the composition of the board, necessary administrative support and Adjutants General guidance on the conduct of the board.

(2) Provide letters of selection or non-selection to each applicant NLT 30 days after the Adjutant General, or a member of the primary staff (as defined within this regulation) approves the proceedings of the board. Announcement or individual disclosures of the board proceedings will not be made prior to TAG approval.

(3) Maintain applications of soldiers selected in a central files area. The checklist used to verify initial eligibility will be maintained with applications.

(4) Maintain the board proceedings in a central files area within the AGR Management section with a minimum retention period of three years, or until the next AGR Program Management Evaluation is completed.

**2-6.** Accession process

Published orders will be IAW NGR 310-10 using formats 175, 411, 460 and 465.

a. Order AGR soldiers to FTNGD for initial 3 year periods using format 175. Subsequent periods of duty for officers will be of indefinite duration. Enlisted soldier periods of duty will coincide with their enlistment or reenlistment agreements, or extension of an enlistment or reenlistment agreement. Use format 175 for subsequent periods of duty.

b. Use orders format 411 to order an AGR soldier on a Permanent Change of Station (PCS), to and from military schools, and on interstate and intrastate assignments.

c. Use format 460 to reassign AGR commissioned and warrant officers within an ARNG unit when the reassignment does not involve a change of duty station. Reassign enlisted soldiers within a unit when the reassignment does not involve a change of duty station using DA Form 4187 (Personnel Action).

d. Use format 465 to transfer AGR soldiers when the transfer does not involve a change of duty station.

e. ARNG soldiers serving in another State or Territory who are selected by board action and are ARNG soldiers (AGR or non-AGR) will be processed as follows:

(1) The gaining State will publish AGR orders using format 175 or 411 with the concurrence of the losing State Adjutant General. Orders will be contingent upon the conditional release of the soldier and the soldier's subsequent enlistment or appointment in the gaining State.
(2) Orders will include travel time and will ensure that there is no break in service.
(3) Funding for PCS travel to new assignment and return, as authorized by AR 37-106, is the responsibility of gaining State.

*f*. AGR soldiers will not be reassigned during the first 18 months of their initial tour, except in the event of mobilization or force structure changes. Exceptions to the 18 month rule require prior approval of NGB-ARM, Washington DC 20310-2500.

**2-7. Sponsorship, orientation**

a. The SPMO and commanders will establish and conduct sponsorship and orientation programs IAW AR 612-11 and DA Pam 612-1.

b. AGR soldiers will receive an orientation briefing within 30 days after reporting on their initial tour or new duty station.

*c*. Initial orientation briefings should be conducted at the AGR soldier's duty station or battalion headquarters and the SPM office.

d. As a minimum, semi-annual updates covering requirements, benefits, and entitlements of the AGR program will be published and distributed to each AGR soldier, with a briefing every 2 years.

## Chapter 3
## Career Management and Utilization

**3-1. Career management**
The SPMO will develop and manage a Career Management Program for all AGR soldiers that includes the following provisions:

a. Qualified AGR soldiers will be given first priority for filling vacant AGR positions.

*b*. Adjutants General have the option of filling vacant AGR requirements by selecting the best qualified assigned AGR soldier, the best qualified member of the FTS program, or the best qualified member of the Army National Guard.

c. Non-AGR soldiers selected for an authorized AGR position vacancy must satisfy initial entry requirements of AR 135-18 and this regulation.

d. Career management positions are designated as enlisted positions SSG and above, all warrant officer positions, and commissioned officer positions Major and above. Adjutants General may designate officer, warrant officer, and enlisted positions as excepted career management positions.

e. Vacant, authorized AGR positions not selected for career management fill will be advertised. Selection procedures in paragraph 2-5 will be followed.

f. AGR soldiers who have the required MOS or AOC, or the potential to acquire the required MOS or AOC within 12 months after assignment, will considered qualified for career advancement.

*g*. AGR soldiers will be counseled by their unit commanders or supervisors on the potential for career advancement, to include civilian and military education, probability of PCS moves, and professional development requirements.

**3-2. Utilization**
In addition to the requirements in AR 135-18 paragraphs 3-1c and 3-2*a(2)(a),(3)*, the following provisions apply:

a. AGR soldiers are subject to the utilization controls of NGR 600-200, chapter 5 except--

*(1)* Assignment to a position two grades higher than a soldier's current grade requires prior approval of Chief, NGB, (NGB-ARM), Washington DC, 20310-2500.

*(2)* AGR soldiers will not be assigned to career advancement positions graded lower than their current grades.

b. ARNG AGR soldiers will be the sole occupant of their assigned positions by MTOE/TDA paragraph and line number.

*(1)* The SPMO will publish State policies that--

***(a)*** Establish procedures for assignment and reassignment of AGR soldiers.

*(b)* Determine the sole occupants of positions by MTOEITDA paragraph and line number.

*(c)* Inform commanders and supervisors of the requirement for sole occupants of these requirements. See paragraph 1-1*b*.

***(2)*** The SPMO will ensure that State manning documents reflect proper assignment of AGR soldiers.

*c*. Duty hours for AGR soldiers will be established under authority of the Adjutant General. Duty hours should not exceed a normal eight hour working day, except where short term mission requirements dictate.

d. Orders in NGR 310-10 will be used to authorize travel of AGR soldiers performing duty at locations other than their permanent duty stations. (SF 1169, DD Form 1610 or Format **400**)

e. AGR soldiers' family members will not be assigned to organizations where one family member holds or may hold a direct command or supervisory position over another AGR family member. States will publish a policy that emphasizes this restriction.

*f*. All soldiers, except FTRF and FTARF soldiers at state level, are required to participate with their units of assignment during inactive duty training (IDT) periods and annual training (AT), to include deployments, special projects, and exercises.

*g*. FTRF soldiers will not be required to attend IDT nor AT as members of a unit for training or will they be assigned other primary or additional duties in any other field, except CMF 79 (recruiting and retention), unless prior approval is obtained from NGB-ARM.

***h*.** Compensatory time off for duties performed in excess of established working hours is not authorized. However, soldiers who earn the privilege may be granted a special pass IAW AR 630-5, paragraph 11-3.

**3-3. State missions**

a. AGR soldiers may perform emergency State missions in an AGR duty status, if the soldier's organization has been activated under the lawful orders of the governor. When the governor orders AGR soldiers' unit to State active duty, AGR soldiers are limited to performing duties inherent in their **MTOE** or TDA positions.

b. Individual AGR soldiers will not be ordered to perform emergency state missions in an AGR duty status without the approval of the Chief, National Guard Bureau (NGB-MS).

(1) AGR soldiers will not be required, directed, or pressured to use leave for the purpose of performing state missions.

(2) AGR soldiers who voluntarily use leave to perform state missions are entitled to retain state compensation. They must be on leave for the duration of the state mission. Those who are not on leave will pay any State pay and allowances to the servicing FAO.

(3) If the AGR soldier's organization is subsequently ordered to state active duty, leave will be terminated and the soldier will return to duty to perform IAW with **a** above.

**3-4. Assignment**

AGR soldiers will be qualified for their assigned MTOE/TDA positions. Adjutants General may conditionally assign soldiers to other positions provided such soldiers have potential to become qualified within 12 months of assignment. A plan, specifying how and in what time frame the soldier will become qualified, will be prepared by the soldier's commander, administrative officer, and full-time supervisor. The plan, including NGB Form 64, will be forwarded to the SPMO within 60 days of assignment with a copy maintained at unit level. Soldiers who do not qualify within 12 months will be reassigned to positions for which they are qualified or separated from the AGR program. These soldiers will not then be reassigned to other positions for which they are not qualified.

a. Enlisted soldiers in grades E6 and above must possess the required grade, MOS and skill level IAW AR 135-18, paragraph 2-2a for initial entry.

b. Officers will be assigned IAW the provisions of AR 135-18, paragraphs 2-2 b, c, and d for intitial entry. Speciality substitution is authorized IAW NGR 600-100, appendix E.

c. Warrant Officers must possess the MOS and be within the grade requirements of their MTOE/TDA positions and NGB staffing guide for initial entry.

d. AGR soldiers will be assigned to MTOE/TDA positions IAW NGB staffing guides. When identifying TDA positions the paragraph and line number must be within the same directorate and functional area (e.g. POTO, MILPO, SPMO, etc.) of the TDA. Military grades specified on the SPMD will not be exceeded.

e. Career progression for AGR soldiers assigned to State Military Academies as instructors is their primary MOS (including SQI H), not their duty MOS.

**3-5. Supervision and evaluation**

a. The senior FTS soldier assigned to an organization will be assigned supervisory responsibilities IAW the following provisions:

(1) Grade and Rank will be the determining factor when designating supervisory responsibilities.

(2) The senior FTS military officer at each headquarters is the overall full-time manager of all FTS personnel of that organization and the supervisor of all headquarters FTS personnel.

b. Rating schemes will be established IAW AR 623-105 and AR 623-205. A reasonable effort will be made to include AGR soldier's full-time supervisor in the rating scheme. A copy of FTS rating schemes will be posted on unit bulletin boards, and a separate copy forwarded to the SPMO, who has responsibility for monitoring compliance. When the FTS supervisor is

not included, written input will be provided the rating official.

c. FTRF and FTARF soldiers will be supervised and evaluated by their recruiting and retention force chain of command regardless of the soldier's duty station. The following apply:

(1) The RRM is the firstline supervisor of Recruiting and Induction officers, the Recruiting and Retention specialist, AMEDD Recruiting officers, the Recruiting Operations SGM and the State Retention SGM and the secondline supervisor of Area NCOICs and the Assistant State Retention NCO.

(2) The Area NCOIC is the firstline supervisor of production recruiters.

(3) The State Retention SGM or the Assistant State Retention NCO is the firstline supervisor of Area Retention NCOs.

**3-6. Leave, passes**

The provisions of AR 630-5, except as modified by this regulation, apply to AGR soldiers.

a. The SPMO will--

(1) Develop and publish Adjutant General policy for authorized absences during State/Territory public holidays, annual leave program, passes, permissive TDY, and convalescent leave.

(2) Delegate authority to approve leave (DA Form 31) to commanders and supervisors at unit level.

(3) Act as POC between FAO and State for leave control numbers.

b. Accrued leave for AGR soldiers will be administered under AR 630-5. For settlement of leave balances see DODPM paragraph 80206.

c. Adjutants General may approve convalescent leave from 1-30 days on recommendation of hospital commander or State surgeon. Requests in excess of 30 days and extensions beyond 30 days will be forwarded to NGB-ARS-MS for approval.

d. Special passes will be documented and approved at battalion level or higher. Special passes should be granted to deserving Soldiers in recognition of exceptional performance of duty or other circumstances that warrant time away from duties.

e. Passes will not be approved for periods when AGR soldiers are required to be at their duty stations e.g., IDT, AT to include deployments, special projects and exercises.

f. Maternity leave will be administered IAW AR 630-5.

g. Ensure that transition leave, formerly called terminal leave, is used to the maximum extent allowed by AR 630-5.

# Chapter 4
# Professional Development

**4-1. General**

Professional development is the joint responsibility of AGR soldiers, their commanders and supervisors. Each soldier will be provided an opportunity to complete education requirements through attendance at Active Component schools and the National Guard Professional Education Center. Command and leadership assignments are vital to providing leadership experience for AGR soldiers. The Command and Leadership Program is not intended to provide full-time commanders or leaders for units. For promotion AGR soldiers will meet promotion requirements of NGR 600-200, chapter 6 and be in an SPMD position requiring a higher

grade. The Director, ARNG encourages AGR soldiers to attend active component OCS, WOCS, state OCS or USAR WOCS.

**4-2. Professional Development Program (PDP)**

a. AGR soldiers will comply with ARNG Professional Development Program (PDP) requirements, as promulgated by NGB-ARO-E.

*(1)* AGR soldiers on initial AGR tours must meet their PDP requirement within 3 years. A new requiement is incurred upon promotion and must also be completed within 3 years. Adjutants General may extend AGR soldiers for up to 1 year to complete their PDP requirement. Extensions are authorized only when failure to complete requirements is not the fault of the soldier. Additional extensions will not be granted.

*(2)* Warrant Officers who are not eligible for training witnin the 3-year period do not have a PDP requirement. The 3-year period begins the date they become eligible.

*(3)* AGR soldiers will not be removed from AGR status for the purpose of attending professional development courses.

*(4)* AGR soldiers who fail to satisfactorily complete required course of instruction within a specified period will be mandatorily separated from FTNGD. See paragraph 6-4*a(9)*.

*(5)* AGR soldiers will be promoted to Sergeants Major IAW NGR 600-200.

*b*. Scheduling of AGR soldiers for required schools is the responsibility of the soldier, commander, and supervisor. School quotas will be managed IAW established state policy and NGR 351-1.

*c*. The SPMO will--

*(1)* Notify each AGR soldier in writing of required PDP courses and the dates by which they must be completed NLT 30 days after start of initial tour and after each new requirement is incurred.

*(2)* Monitor and document course completion and ensure entry in soldier's personnel records.

*(3)* Advise commanders, administrative officers, and State POTO of soldiers who will not successfully complete PDP requirements because of failure to apply, academic deficiency, or failure to accept a training seat.

**4-3. Command and leadership assignments**

a. Command and leadership assignments require prior written approval of NGB-ARM.

b. These assignments may be approved for the following:

*(1)* Brigade and below command or leadership SPMD positions (commander, platoon leader, command sergeant major, first sergeant).

*(2)* Headquarters Commandant, STARC.

c. NGR 600-200, chapter 9, governs assignments to CSM positions.

*d*. Command or leadership assignments will be approved for a period of 2 years. Extension for command or leadership assignments must be approved by NGB-ARM. Submit requests NLT 6 months prior to completion of command or leadership assignment.

e. Command or leadership assignments will be documented within the Support Personnel Manning Document prior to effective date of soldier's assignment.

f. AGR soldiers assigned to command at the Brigade or Battalion level will serve in an SPMD position within that Brigade or Battalion IAW paragraph 4-3*j(2)(a* or *b)*.

*g.* AGR officers assigned to command at the company level will serve in an SPMD position at the battalion level under the following conditions:

*(1)* The company must be in the direct chain of command of the battalion where the soldier's FTS position is documented.

*(2)* The battalion headquarters and the company must be located in the same State or Territory.

*(3)* The AGR officer must not have had a similar assignment at the same level, regardless of duty status.

*(4)* The AGR officer will continue to perform the daily duties of the SPMD position at the battalion level.

*h.* Programming AGR soldiers for command or leadership assignments is the joint responsibility of the soldier, commander, and supervisor and must be part of the soldier's career management plan.

*i.* Administrative reductions following leadership assignments for enlisted soldiers are not authorized.

*j.* The SPMO will--

*(1)* Obtain approval from NGB-ARM for command or leadership assignment prior to assigning AGR soldiers.

*(2)* Ensure AGR soldiers in command or leadership assignments are assigned as follows:

*(a)* Brigade command position will be ILO highest graded field grade SPMD position.

*(b)* Battalion command position will be ILO field grade SPMD position.

*(c)* Command Sergeant Major position will be in ILO of Battalion Operations Sergeant position.

*(d)* Company command position will be ILO a company grade SPMD position.

*(e)* Platoon leader position will be ILO a company grade SPMD position.

*(f)* First Sergeant, position will be ILO a company level SPMD position. In headquarters companies the First Sergeant position may be ILO an appropriate level SPMD position.

*(g)* HHC STARC commandant will be ILO field grade SPMD position.

**4-4. Officer Candidate School (OCS, WOCS)**

a. AGR soldiers will not attend Federal OCS or WOCS with the intent of accepting a certificate of eligibility. An authorized AGR officer position will be available for fill immediately following commissioning.

b. AGR soldiers will attend Federal OCS or WOCS in FTNGD status.

c. AGR soldiers may attend State OCS or USAR WOCS in a permissive IDT status IAW NGR 351-5.

d. AGR soldiers selected to attend State or Federal OCS may be promoted to the authorized enlisted grade IAW NGR 600-200 provided the maximum SPMD position grade is not exceeded. These individuals will be immediately reduced to the grade from which promoted when they cease to participate in the OCS Program.

e. Warrant Officer candidates (except Aviation) must hold the grade prescribed in DA Circular 601-Series (Warrant Officer Procurement Program) prior to selection by Federal Recognition Board.

f. AGR soldiers will apply for State or Federal OCS or WOCS IAW established state policy.

g. Soldiers will be reduced

IAW provisions of NGR 600-200 chapter 6 upon termination from OCS or WOCS (if appropriate).

*h*. Backfilling SPMD position of AGR soldiers who attend Federal OCS or WOCS is not authorized.

*i*. The SPMO will--

*(1)* Ensure there is a vacant, authorized AGR officer position projected for the candidate immediately following commissioning for AGR soldiers attending Federal OCS or WOCS.

*(2)* Coordinate all promotion and reduction actions with MILPO.

*(3)* Ensure the promotions of AGR soldiers attending State or Federal OCS or WOCS do not exceed the maximum SPMD position grades.

**4-5. Physical Fitness Training Program**

a. Physical Fitness Training (PFT) is a requirement of employment in the AGR Program.

*b*. States will establish PFT Programs IAW AR 350-15, paragraph 7a.

*c*. Supervision of PFT program is the responsibility of commanders and supervisors.

*d*. Unit commanders will flag the records of AGR soldiers who fail their APFTs and those who fail to take an APFT within nine months.

e. The SPMO will--

*(1)* Monitor compliance with the Army Physical Fitness Test for AGR soldiers.

*(2)* Coordinate with MILPO to ensure no favorable personnel actions are initiated on AGR soldiers who are properly flagged.

## Chapter 5
## AGR Continuation Boards

**5-1. General**

AGR Continuation Boards will be established at State level to review and evaluate the records of AGR soldiers in the third year of their initial tour of duty, and every fifth year thereafter, for continuation in the AGR Program. The Board will evaluate the performance of AGR soldiers and their potential for increased responsibility as attested by OERs, NCOERs, and academic reports. Performance evaluations will be submitted on those AGR soldiers not requiring an NCO-ER. It is not the responsibility of the Board to screen AGR records to determine whether they have met the administrative requirements of the AGR Program. AGR Continuation Boards will not be used to terminate the AGR orders of soldiers who should have been removed from the AGR Program under provisions of paragraph 6-4 or **6-5** of this regulation. Only those determined by the Board to be fully qualified for continuation will be **so** recommended.

**5-2. Responsibilities**

a. Adjutants General will--

*(1)* Convene Continuation Boards, provide administrative guidance to the presidents, and receive the proceedings of the Board.

*(2)* Approve Board proceedings or direct the reconvening of a Board within 30 days of receipt of proceedings.

*(3)* Convene special Continuation Boards to consider records not considered by the original Board because of omission, or if the record considered by the original Board contained material error.

*(4)* Direct the SPMO to provide the reason(s) for noncontinuation to AGR soldiers not recommended for continuation in the AGR Program, if requested.

*b*. The SPMO will--

*(1)* Notify each AGR soldier NLT than 60 days prior to convening the Continuation Board of the suspense date for submission of records.

*(2)* Screen AGR soldiers' personnel records for compliance with educational requirements, medical standards, reenlistment standards of NGR 600-200, weight standards, and Army Physical Fitness Test standards prior to the Board.

*(3)* Publish a Memorandum of Instruction (MOI) for use by AGR Continuation Board members. The MOI will include the composition, administrative support, and Adjutants General guidance on the conduct of the Board.

*(4)* Provide a qualified technical advisor from the AGR Management Section to assist the President with technical questions pertaining to the AGR Program and soldier's records.

*(5)* Ensure AGR Continuation Boards are conducted a minimum of 60 days prior to expiration of AGR soldier's current assignment.

*(6)* Notify soldiers, in writing, of the Board results NLT 30 days after TAG approval of Board proceedings.

*(7)* Separate soldiers not recommended for continuation in the AGR Program 90 days following notification of Board proceedings, unless earlier release is requested by the soldier. Publish orders for soldiers recommended for continuation.

*(8)* Provide the reasons for AGR soldiers not continued, if requested by the AGR soldier.

*(9)* Maintain Board proceedings in a central file in the AGR Management Section for a minimum of 3 years, or until the next AGR Program Management Evaluation is completed.

**5-3. AGR Continuation Boards**
Composition of AGR Continuation Boards.

a. Adjutants General will appoint and convene AGR Continuation Boards subject to the following:

*(1)* Boards will be comprised of at least three members who are senior in grade or date of rank to AGR soldiers under consideration.

*(2)* Board members do not sit on consecutive boards.

*(3)* Soldiers being considered will not be appointed as AGR Continuation Board members.

*(4)* All Board members will be present for all sessions.

*(5)* The Board President will be the senior ARNG soldier on the AGR Continuation Board.

*(6)* Boards considering females or minority soldiers should include such representation. This may be waived by The Adjutant General if a senior enlisted, female, or minority member is not reasonably available

*b.* AGR Continuation Boards are conducted as follows:

*(1)* AGR soldiers will not appear in person before a Board on their own behalf or in the interest of other soldiers.

*(2)* Soldiers may write a letter to the AGR Continuation Board President inviting attention to any matter of record the soldier feels is important to the evaluation process. Boards members may consider such correspondence from AGR soldiers.

*(3)* Unsolicited correspondence including commanders recommendations which contains criticism or reflect upon the character, conduct, or motives of any AGR soldier will not be given to the Board.

*(4)* The Board will evaluate each AGR soldier's record for demonstrated performance and determine the potential to accept responsibilities and perform at current and higher level assignments.

*(5)* Proceedings will be conducted in closed session.

*(6)* The Continuation Board will determine the reasons for non-continuation of AGR soldiers and provide them to the Adjutant General.

**5-4. Retention beyond mandatory release date from Active Federal Service**

In addition to the provisions of AR 135-18, paragraphs 4-11c and 4-12, the following apply:

a. Requests from Adjutants General to retain AGR soldiers beyond 20 years of Active Federal Service (AFS) for officers and warrant officers or enlisted soldiers' mandatory release date in Table 5-1, will comply with the following requirements.

*(1)* Requests will be forwarded to Chief, NGB, Attention NGB-ARM, Washington DC, 20310-2500, for final determination by the Secretary of the Army.

*(2)* Requests will contain the results of the most recent APFT and OERs or NCOERs for the past 3 years, DA Form 2-1, and the personal recommendation from TAG indicating that this is the only soldier available at the current time to accomplish that particular mission.

**Note:** The most important fact to consider in the decision is that this soldier is not only the best available, but the only one available.

*(3)* Requests should be forwarded to NGB-ARM 12 months prior to the soldier completing maximum years of Active Federal Service.

a. Extensions beyond 20 years of AFS for officers or completion of maximum years of AFS for enlisted soldiers are normally short term until the incumbent can be replaced by another AGR soldier with the required expertise.

*c.* Mandatory release from FTNGD is based on total years of Active Federal Service and grade. See table 5-1 below.

**Table 5-1**
Selective Retention

| AGR enlisted soldiers in grade: | will be mandatorily released upon completion of: |
|---|---|
| E-6 and below | 20 years of AFS |
| E-7 | 24 years of AFS |
| E-8 | 27 years of AFS |
| E-9 | 30 years of AFS |

Request for extension beyond mandatory release date must comply with the provisions stated in paragraph 5-4a of this regulation. Enlisted soldiers will not be extended beyond age 60.

## Chapter 6
## Separation

**6-1. General**

Separation from the AGR Program as prescribed by this regulation, relates to release from Full-Time National Guard Duty. The provisions of AR 135-18 paragraphs 5-1*b(1)* and 5-1c will be complied with.

a. Adjutants General will be the final separation authority for AGR soldiers.

***b.*** Retention will not be directed when separation is mandatory under this or other applicable Army or National Guard regulation.

*(1)* AGR soldiers within 2 years of becoming eligible for retired or retainer pay will not be