# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY D. POPE, | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-446C |
| v. | ) | (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME FOR RESPONDING TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, the Plaintiff respectfully requests that the Court enlarge the deadline for responding to the complaint in this case by sixty days, so that the response will be due on Friday, March 22, 2007. The current due date is January 22, 2007. This is Plaintiff's first request for an enlargement, and defendant's counsel has stated that plaintiff does not oppose the enlargement.

The Plaintiff requests this extension for the following reasons:

Plaintiff's counsel has another complex case in front of Judge Williams in this court, and preparing for that case and the second case more time is needed.

Granting this enlargement will prejudice neither party. Accordingly, Plaintiff and unopposed by Defendant, respectfully request that the Court enlarge the time for responding to the complaint by sixty days- to March 22, 2007.

Respectfully submitted,

1/12/06

s/Jeffrey D. Moffatt
Attorney for Plaintiff
Law Office of Jeffrey D. Moffatt
43625 N Sierra Hwy, Suite A.

Lancaster, CA 93534
Tel: 661 9456121
Fax: 661 9453019
Jeffreymbajd@hotmail.com

CERTIFICATE OF FILING

I hereby certify that on January 12, 2007, a copy of the foregoing " Plaintiff's Unopposed Motion For An Enlargement of Time For Responding to Defendant's Motion To Dismiss" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.