# In the United States Court of Federal Claims

**No. 06-446C**
**(Filed: January 16, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * *

**LEROY D. POPE,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

---

On January 12, 2007, Plaintiff filed an unopposed motion for an enlargement of time of 60 days, to and including **March 23, 2007**, within which to respond to Defendant's motion to dismiss. Good cause having been shown, this motion is **GRANTED.**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**