# In the United States Court of Federal Claims

**No. 06-446C**
**(Filed: March 19, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * *
*
**LEROY D. POPE,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR AN ENLARGEMENT OF TIME**

---

On March 15, 2007, Plaintiff filed a second motion for an enlargement of time, to and including **May 22, 2007**, within which to reply to Defendant's motion to dismiss. This motion is **GRANTED.** However, the Court will not grant any further extensions of time for Plaintiff to respond to Defendant's motion to dismiss.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**