IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LEROY D. POPE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-446 |
| | ) | (Judge Coster Williams) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE CORRECTED COPY OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

Defendant hereby respectfully requests leave of Court to file a corrected copy of its reply in support of its motion to dismiss. Defendant's counsel has noticed that during the electronic filing of the government's reply she inadvertently failed to attach Exhibit A, the Declaration of Gerard W. Schwartz. The attached Corrected Copy of Defendant's Reply in Support of Its Motion to Dismiss contains no substantive changes, but merely attaches a copy of the missing exhibit. Accordingly, defendant respectfully requests that the Court grant its motion, and direct the Clerk's Office to accept the attached Corrected Copy of Defendant's Reply in Support of Its Motion to Dismiss, with Exhibit A attached, and to delete the current version of defendant's reply from the Court's CM/ECF system.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/A. Bondurant Eley
A. BONDURANT ELEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 616-5824
Fax: (202) 514-8624

June 4, 2007 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of June, 2007, a copy of the foregoing "MOTION FOR LEAVE TO FILE CORRECTED COPY OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ A. Bondurant Eley
A. BONDURANT ELEY