# EXHIBIT A

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **LEROY D. POPE**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SECRETARY OF THE VETERANS AFFAIRS, DEPARTMENT OF THE ARMY**<br><br>**Respondent** | ) | **No. 06-446C** |

DECLARATION OF GERARD W. SCHWARTZ

Pursuant to 28 U.S.C. § 1746, I, Gerard W. Schwartz, make the following declaration in the above-cited case.

1. I am the Acting Director of the Army Board for Correction of Military Records ("ABCMR"). In this capacity, I am directly responsible for the functions of the ABCMR. The ABCMR is an administrative body established by the Secretary of the Army pursuant to10 U.S.C. §1552. It is authorized to recommend that the Secretary of the Army correct military records when an error or injustice has been shown. Army Regulation 15-185 (32 C.F.R. § 581.3) prescribes policies and procedures governing the ABCMR.

2. I have read the complaint of plaintiff Leroy D. Pope in the above captioned case. The Secretary of the Army or his designee, acting upon the recommendation of

the ABCMR, can address the plaintiff's various claims that he was improperly released from active duty. The Secretary or his designee also could address a claim for relief as it relates to his request for correction of military records. If requested, and if appropriate, the ABCMR can recommend to the Secretary of the Army that he grant relief.

3. A diligent search of the records of the ABCMR reveals that Leroy D. Pope has not filed a claim with the ABCMR. Mr. Pope may file his application for relief at any time, subject to the ABCMR's three-year statute of limitations. The three-year statute of limitations may be waived by the ABCMR if after reviewing the records in the case it believes it is in the best interest of justice to do so.

I do declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of May 2007 at Arlington, Virginia.

Gerard W. Schwartz
Acting Director, Army Board for
Correction of Military Records