# In the United States Court of Federal Claims

**No. 06-446C**
**(Filed: June 14, 2007)**

| | |
|---|---|
| **LEROY D. POPE,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE CORRECTED COPY OF DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS

On June 4, 2007, Defendant filed a motion for leave to file corrected copy of Defendant's reply in support of its motion to dismiss. Good cause having been shown, this motion is **GRANTED** and Defendant's corrected copy of its reply in support of its motion to dismiss with exhibit A is accepted for filing this date.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**